# EXHIBIT A



**SEALED**
BY THE ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| United States of America<br>v.<br>ROBERT FRANCIS DUMARAN,<br><br>*Defendant(s)* | Case No.<br>Mag. No. 24-885 KJM<br><br>**FILED UNDER SEAL PURSUANT TO<br>CRIMLR5.2(a)(1)** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**Aug 10, 2024**
Lucy H. Carrillo, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July 23, 2024 in the county of Honolulu in the District of Hawaii, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861 | Count 1: Possessing an unregistered destructive device |
| 18 U.S.C. § 844(i) | Count 2: Attempting to damage, by means of explosives, property affecting interstate commerce |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

FBI SA Alicia Hansen
*Printed name and title*

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed.R.Crim.P. 4.1(b)(2).

Date: 08/10/2024

City and state: Honolulu, Hawaii

Kenneth J. Mansfield
United States Magistrate Judge

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

JONATHAN D. SLACK
WAYNE A. MYERS
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: jonathan.slack@usdoj.gov
		wayne.myers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | MAG. NO. 24-885 KJM |
| v. | AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |
| ROBERT FRANCIS DUMARAN, | |
| Defendant. | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn telephonically, state the following is true and correct to the best of my knowledge and belief:

# BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation's ("FBI") Honolulu Field Office, serving since 2022. I have received comprehensive training in law enforcement, including interviewing, interrogation, search and seizure, computer crimes, and surveillance at the FBI Academy.

2. I have also been trained in investigative techniques, tactics, firearms, and conducting investigations, including surveillance and search warrants.

3. I am assigned to the Joint Terrorism Task Force ("JTTF") in Honolulu. My previous experience includes seven years as a Watch Commander in the Marine Corps, enforcing military law, and three years as a Canine Handler with the Dothan Police Department.

4. I have extensive experience in counterterrorism, crimes against children, domestic terrorism, and related investigations, using various surveillance and investigative techniques.

5. I am an "investigative or law enforcement officer" under 18 U.S.C. § 2510, authorized to investigate and make arrests. This affidavit shows probable cause for the requested warrant.

6. I have participated in numerous domestic terrorism investigations, conducting surveillance, executing search warrants, and debriefing informants. My experience includes understanding criminal efforts to avoid detection.

7. The facts in this affidavit are based on my personal observations, training, experience, and information from other law enforcement agents, witnesses, and victims. This affidavit is focused on establishing probable cause and does not cover all details of the case.

8. I submit this affidavit in support of a criminal complaint charging ROBERT FRANCIS DUMARAN with (1) possessing an unregistered destructive device in violation of 26 U.S.C. § 5861 and (2) attempting to damage, by means of explosives, property affecting interstate commerce in violation of 18 U.S.C. § 844(i), both occurring on or about July 23, 2024.

## **PROBABLE CAUSE**

### *July 23, 2024 IED*

9. On July 23, 2024, Maui Police Department ("MPD") officers encountered an improvised explosive device ("IED") near Lono Avenue in Kahului, Hawaii. The IED was in the roadway by Kahului Elementary School. The IED contained explosive powder, a battery, and shrapnel. A photograph of that IED is below:



10. After rendering the IED safe, MPD personnel sent it to the FBI Laboratory for analysis. FBI personnel located two latent fingerprints belonging to DUMARAN on clear packing tape used to build the IED. FBI personnel trained in analysis of explosives determined the IED was a firearm which contained explosive and incendiary material and was designed to cause, and capable of causing, destruction by explosive force.[1]

---

[1] *See* 26 U.S.C. § 5845(a) ("The term 'firearm' means . . . (8) a destructive device."); 26 U.S.C. § 5845(f) ("The term 'destructive device' means (1) any explosive, incendiary, or poison gas (A) bomb, (B) grenade, . . . or (F) similar device; . . . (3) any combination of parts either designed or intended for use in converting any device into a destructive device as defined in subparagraphs (1) and (2) and from which a destructive device may be readily assembled.") (cleaned up).

## August 7, 2024 IEDs

11. On August 7, 2024, MPD officers encountered multiple IEDs near Kaamana Street in Kula, Hawaii. MPD determined multiple IEDs had been detonated along the roadway. Several appeared similar to the IED located on July 23, 2024. A photograph of one of these IEDs is below:



12. Another IED, made of pipe, had been attached to a guardrail and detonated, and caused considerable damage to the guardrail and vicinity. After rendering the IEDs safe, MPD personnel sent them to the FBI Laboratory for analysis. FBI personnel trained in analysis of explosives determined the IEDs were firearms which contained explosive and incendiary material and were designed to cause, and capable of causing, destruction by explosive force.

## August 8, 2024 IED

13. On August 8, 2024, MPD and FBI personnel responded to area near Old Haleakala Highway and Aeloa Road in Pukalani, Hawaii in response to a report that an explosion had caused a car accident. A witness on scene reported observing a flash similar to lighting and feeling the ground shake similar to an earthquake. The witness reported seeing a white Kia Sportage get hit with concrete as it drove along the roadway; the concrete appeared to come from an explosion. The witness reported the Kia Sportage appeared to lift off the ground. Photographs of the Kia Sportage are below:




14. MPD and FBI personnel inspected the location near where the IED had exploded and determined that a significant quantity of high-powered explosives had caused a nearby concrete container to explode as the Kia Sportage was driving by on the roadway.

## Robert Francis Dumaran

15. In January 2022, MPD executed search warrants related to DUMARAN. While executing those warrants, MPD located custom fireworks, ammunition, controlled substances, and componentry capable of being used to create IEDs in DUMARAN's residence. Law enforcement obtained DUMARAN's fingerprints in connection with that operation. Select photographs from the search scene are below:



16. Data obtained from the operators of cellular towers on Maui revealed that the cellular telephone assigned ▮▮▮▮▮▮▮▮ was in the vicinity of Kahului Elementary School at approximately 7 a.m. on July 23, 2024. MPD located the IED which—as discussed above—contained clear packing tape bearing latent fingerprints matching known fingerprints for DUMARAN, near Kahului Elementary School at approximately 7:51 a.m. on July 23, 2024.

17. Analysis of that cellular tower data is ongoing but reflects that the cellular telephone assigned ▓▓▓ was in the Wailea area, approximately five miles west of Kaamana Street in Kula, Hawaii, on August 5, 2024 (i.e., two days before the IEDs were discovered at that location).

18. Law enforcement database checks reflect that the cellular telephone assigned ▓▓▓ is a prepaid telephone associated with DUMARAN. Additionally, data obtained from Google confirmed that ▓▓▓ is the recovery number for the email account ▓▓▓[@]gmail.com. Accord to data from Google, that email account belongs to "Bobby Dumaran" and was active, and in use on an Android device in the Hawaiian time zone, as of August 9, 2024.

19. Data obtained from Verizon reflected that the user of the cellular telephone assigned ▓▓▓ exchanged text messages with a third party concerning explosions. For example, on August 6, 2024, at approximately 12:17 a.m., the cellular telephone assigned ▓▓▓ sent a message stating, "Think I gotta go set off sum explosions . . . . make me feel better." A third party responded one minute later, "What u going set off the grenade one" to which ▓▓▓ responded, at 12:21 a.m., "No Neva find a target yet . . . "

20. The IEDs recovered to date were not registered to DUMARAN in the National Firearms Registration and Transfer Record.

## CONCLUSION

21. Based on the foregoing, I submit there is probable cause to charge ROBERT FRANCIS DUMARAN with (1) possession of an unregistered destructive device in violation of 26 U.S.C. § 5861 and (2) attempting to damage, by means of explosives, property affecting interstate commerce in violation of 18 U.S.C. § 844(i), both occurring on or about July 23, 2024.

Respectfully submitted,

Alicia M. Hansen
Special Agent
FBI

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crimes found to exist by the undersigned Judicial Officer at  12:30 pm  on August 10, 2024.

Sworn to under oath before me telephonically and attestation acknowledged pursuant to FRCP 4(d) and 4.1(b).



Kenneth J. Mansfield
United States Magistrate Judge