FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Oct 04, 2024
Lucy H. Carrillo, Clerk of Court

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

JONATHAN D. SLACK
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Jonathan.Slack@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>ROBERT FRANCIS DUMARAN,<br><br>                Defendant. | MAG. NO. 24-885 KJM<br><br>ORDER GRANTING UNITED STATES' MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE |

### ORDER GRANTING UNITED STATES' MOTION TO DISMISS CRIMINAL COMPLAINT WITHOUT PREJUDICE

Upon consideration of the United States' "Motion to Dismiss Criminal Complaint Without Prejudice," ECF No. 14, the Court grants the requested leave to dismiss the Criminal Complaint in this case, ECF No. 1, pursuant to Federal Rule of

Criminal Procedure 48(a).  The Court finds that the Motion is made in good faith and that dismissal without prejudice is not clearly contrary to the public interest.  See *United States v. Wallace*, 848 F.2d 1464, 1468 (9th Cir. 1988).  The Court, therefore, **GRANTS** the government's Motion, dismissing the Complaint without prejudice.

    IT IS SO ORDERED.

    DATED:  October  4 , 2024, at Honolulu, Hawaii.



Kenneth J. Mansfield
United States Magistrate Judge

UNITED STATES v. ROBERT FRANCIS DUMARAN
Mag. No. 24-885 KJM
"Order Granting United States' Motion to Dismiss Criminal Complaint Without Prejudice"